THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE MATHEWS, | CASE NO. C22-0556-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the briefing schedule (Dkt. No. 16). The parties indicate they need additional time to mediate without simultaneously engaging in briefing. (*Id.*) Finding good cause, the Court EXTENDS the briefing schedule as follows:

- Deadline for Cross-Motions for Summary Judgment: April 28, 2023
- Deadline for Opposition Briefs: May 26, 2023
- Deadline for Reply Briefs: June 9, 2023

//

//

DATED this 3rd day of March 2023.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Samantha Spraker</u>
Deputy Clerk